UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN MICHAEL JONES,<br>    Plaintiff,<br>v.<br>BERTRAND PAUL LEGRAND,<br>    Defendant. | Case No. 20-cv-03688-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

This case settled at a settlement conference held on December 3, 2021. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: December 8, 2021

_____
SALLIE KIM
United States Magistrate Judge